# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMRO ELANSARI,<br>    Plaintiff,<br><br>v.<br><br>PASSHE, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:     CIVIL ACTION NO. 19-CV-3005<br>:<br>:<br>: |

## ORDER

AND NOW, this **15TH** day of July, 2019, upon consideration of Plaintiff Amro Elansari's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim and lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Federal Rule of Civil Procedure 12(h)(3), for the reasons in the Court's Memorandum.

4.  Elansari is given thirty (30) days to file an amended complaint.  Any amended complaint must identify all defendants in the caption of the amended complaint and shall state the basis for Elansari's claims against each defendant.  Defendants who are not named in the caption will not be treated as defendants in this case.  When drafting his amended complaint, Elansari should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum.  Any amended complaint shall also articulate the basis for the Court's jurisdiction.  **If Elansari is claiming patent infringement, he should provide the number of**

**the patent in question in the amended complaint.** Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court shall send Elansari a blank copy of the Court's form general complaint to be used by a *pro se* plaintiff bearing the above civil action number. Elansari may use this form to file his amended complaint if he chooses to do so.

6. If Elansari fails to comply with this Order, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**