| Electronic Acknowledgement Receipt | |
|---|---|
| EFS ID: | 35001146 |
| Application Number: | 62798507 |
| International Application Number: | |
| Confirmation Number: | 1052 |
| Title of Invention: | Document Inspector - Application And Process |
| First Named Inventor/Applicant Name: | Amro Elansari |
| Correspondence Address: | Amro Elansari<br>-<br>US 4842809028<br>pennsylvanialawritingservices@gmail.com |
| Filer: | Amro Elansari |
| Filer Authorized By: | |
| Attorney Docket Number: | |
| Receipt Date: | 30-JAN-2019 |
| Filing Date: | |
| Time Stamp: | 08:47:27 |
| Application Type: | Provisional |

imgflip.com

A-1

Document Inspector - Provisional Patent

Amro Elansari

A-2

Table of Contents

Introduction to the Invention 3

Background of the Invention 3

Summary of the Disclosure 6

Brief Description of the Drawings 8

Detailed Description of the Invention 9

Claims 15

Signature 16

Introduction to the Invention

Online use and information technology has transformed the practice of education unlike ever before and with a new frontier of education comes a new frontier of threats to the foundation and structure of the system as a whole. The Document Inspector invention is a direct response to at least some of these emerging imminent threats. It is (1) a web based function (2) that checks for document analytics is a simple and easy to understand way (3) to be applied specifically to the university context.

Background to the Invention

Back in the day, no one used email. No one used Microsoft Word. People handwrote or typewrote their documents. The internet has transformed the industry of education in many ways and one of these ways has been through saving resources. Instead of having to print paper and hand it in physically, it is much more efficient to have them all handed in electronically and naturally the entire industry has essentially adopted this method of submission.

What is great about this is that it saves paper. What is not so great is that it is now really easy to just pay someone to write the paper for you and for you to just hand it in electronically. That is the problem that is faced today. What is more specific is that there is a growing industry of companies and businesses that write essays and papers for people such as writemyessay.com and papers99.com - there is too many of these types of sites.

The problem with this is that when a person hands in a paper to a federally funded university and says - "This is my work - I am deserving of this certification / degree" - they really are not and are creating the risk and danger of going into a professional field without the knowledge needed. Would you really want one of these doctors operating on your child?

Documentinspector.com is an invention of my own creation that performs a function that universities are not doing right now - it is (1) a web based function that (2) takes the document submitted and tells you who it was created by / other details and (2) who else has added or contributed to the document.

I am seeking to patent the following elements (1) the web based function portion of the application / function of document inspection, (2) the specific process of document inspection as applied to the university context specifically.

This is why I am entitled to the patent and how far ahead I am of every single other entity in this matter - I went to West Chester University, the nearest state university to me, and I presented the Chief Information Technology Officer there with information that a significant percentage (about 10%) of documents submitted to the university has being non-authentic - and his response was that he was unaware of the matter, uninterested in the matter, and unwilling to help. The same level of uninterested corruption exists the entire way through the PASSHE University system all the way up to its leading counsel and administrators which is why they are the subject of numerous litigations. But what these people are doing is knowingly creating a danger of where people are recieving degrees as professionals when they in fact are not deserving or qualified.

If one of these doctors or professional performs on someone and fails due to their lack of experience and knowledge, especially in the medical context, that liability is on all of us. The reason I am entitled to this patent is because clearly I am the only one interested enough to submit such a patent as this, and a patent such as this you will not find.

I created the web based function application documentinspector.com as a one stop drag and drop document inspection process to be applied to the University context similar to the way

turnitin.com provides their plagiarism check functions to Universities around the world. The only difference is that while turnitin.com checks for copy and pasting on the internet (something no modern person would do), documentinspector.com actually checks for something people are doing today which is having people write their papers for them and submit them as their own.

I am the creator of this function and software as I conceptualized the idea based on my known knowledge and information through exposure to the industry of academics and academic assistance included which are a variety of honest tutorial programs and not-so-honest write my paper businesses. The purpose of this process that I invented and am seeking patent for is to enhance the quality of education in the United States.

If someone is to earn a degree from a United States institution, they better have earned it. To say that they are qualified to perform professionally is a representation that has to be honestly made or else it places every member of society at risk of substantial damages and industry in the time to come. By applying the patented process of document inspection invented by me, society can trust that each person they are interacting with that holds a degree holds it with a greater level of credibility than the current state of the industry.

At the present moment - the state of the industry is atrocious. Students looking for shortcuts are paying people - some from the United States - most from India and abroad - to pump out papers for them which handed in to professors who comment "Lovely" or "Remarkable" not knowing how substantially they have been duped. At the same time, people who are aware of this feel too small or too powerless to put a stop to it or do anything about it as clearly evidenced by West Chester University. The Document Inspector invention is created specifically to put a stop to at least this type of authenticity within the system of education which is certainly a meaningful contribution. And seeing as how no one in the industry has even made

A-C

it so far as to apply this function in particular - a web based document inspection function applied to the university context - then certainly the idea is novel enough to be worthy of patent. It is for the aforementioned reasons that I, Amro Elansari, am seeking a provisional patent / patent for my Document Inspector invention made available through documentinspector.com which is available today.

Most people, and some college professors specifically, are so far consumed with their fields that they are completely unknowing when it comes to information technology. It is hardly expected for any of them to check document analytics on their own. But they all run their papers through turnitin.com because it is made-easy software that everyone uses. The Document Inspector invention and process is specifically the made-easy software and application process that is novel and unique that I want to patent specifically. Based on the requirements for patents, such as being novel and new ideas / inventions, I believe this meets the requirements. And based on the idea that inventions can be processes specifically, I also believe this invention is worthy of patent. For the aforementioned reasons, I am seeking a patent for the Document Inspector invention.

Summary of the Disclosure

Very few people know of the Document Inspector invention but there are some notable parties. First, I created the design for the invention and put out an advertisement for a software professional to help develop and program the web-based application. After going through 10 applicants, I selected one by the name of Randy Baker through Baker Diagnostics. I had him agree to non-disclosure and then presented him with the idea and vision for the software. I paid him an amount up front and an amount at the completion of the project for the software and he

completed this in March of 2018. The website www.documentinspector.com is up and running right now.

Since then, I have paid up front for Version 2.0 of the software because there are some updates and additional features to the function and process that I would like to see. Baker Diagnostics is working on the second version at the moment.

I consulted with an attorney that I retained and hired for information on the patent process and our transactions are recorded throughout the later months of 2018. They had me speak with their close colleague from law school who practiced specifically in patent law and they informed me on the direction to go with obtaining a provisional patent after they asked me about the invention and confirmed that it sounds suitable for a patent. I also consulted with another lawyer in Philadelphia one day who advised me after disclosing my invention to obtain a patent but not much else in the way of information.

With this, only a few other close and personal friends / associates of mine know about the idea except for one other set of entities which is the PASSHE School system. After disclosing the problem and idea to West Chester University with no results, I went to the higher administration within the PASSHE system as high as the legal counsel themselves. I informed them that their acceptance of non-credible documents after I notified them of this is a significant risk and danger to the population for which they can be held legally liable but they informed me nonetheless that they would not utilize or adopt the Document Inspector invention and idea. Today, tons of students are still receiving degrees having submitted papers that are not their own and that comes from the PASSHE School System's refusal to adopt this invented process that is so clearly and directly applicable to the problem at hand. They should be held accountable for their liability but this is a separate matter for a civil court of law. For this provisional patent, I



seek only the recognition that I am the creator and inventor of this invention and process of web-based easy-to-use document inspection applied directly to the American University context and the threats that it faces specifically today.

Brief Description of the Drawings

Luckily for us, the invention is so unique that I am likely able to make it through even with the most basic drawings because the invention itself is made to be easy-to-use. The first image is the home page of the website which is specifically designed to include nothing but the function / application. As it can be seen, there is a drag and drop / upload box for you to get started uploading your document right away.

When the document is uploaded, the second image shows the information that is displayed. The name of the creator of the document, the time it was created, how many contributors or editors to the document, as well as other document analytics. Simple enough, if the name of a person shows up in the document that is not the author or creator, then it can certainly raise some flags similar to when a passage comes up as plagiarized in any document plagiarism check. If "Samantha from California" submits a paper and "Raj from India" shows up as a contributor, then the professor can be alerted that a misrepresentation is afoot.

The idea behind this invention is to keep college professors, who certainly do not have the time or energy to be doing everything manually, to maintain the integrity of their evolving classrooms by at least not being duped by this orchestrated scam between students and organizations alike.

Detailed Description of the Invention

Inventions can be very specific recipies or processes that are created specifically by one individual and that is precicely the type of invention that this is. This invention takes several

inatimate tools that are of no value or function on their own, the metals and gears to the invention, and organizes them in a meaningful and effective process that is of tremendous value. No longer will students be able to pay people in distant lands to pump out essays for them to earn degrees in formal universities and insitutions through the use of this software. This decreases the risk of any person running into a doctor or lawyer who has absolutely no idea how the inner workings of their field operate.

The detailed description of the invention is as follows:

1. The home page presents to you the application ready for use right away on the internet via documentinspector.com .

Not secure | documentinspector.com

Document Inspector

Upload files

Browse Upload

Copyright © 2019 Mojo Global Holdings L L C

2. A person drags and drops - or uploads - the document they wish to inspect and then clicks "Upload".

Document Inspector for MS Word Documents

Upload files

C:\fakepath\Test Document.docx Browse Upload

Or drag and drop files here

3. Once "Upload" is clicked - the details of the document are revealed.



# Document Inspector for MS Word Documents

DOCUMENT NAME /home3/documentinsp/public_html/uploads/docs/upload-test-document.docx 1548771544

HOME

| PROPERTY | VALUE |
|---|---|
| Creator: | Amro Elansari |
| Modified By: | Amro Elansari |
| Revisions: | 1 |
| Date Created: | 2018-06-18T02:16:00Z |
| Date Modified: | 2018-06-18T02:16:00Z |
| Template: | Normal |
| Total Editing Time: | 0 minutes |
| Pages: | 1 |
| Words: | 4 |
| Characters: | false |
| Application: | Microsoft Office Word |
| Security: | 0 |
| Lines: | 1 |
| Paragraphs: | 1 |
| Characters With Spaces: | 31 |
| Application Version: | 16.0000 |

Copyright © 2019 Mojo Global Holdings L L C

As you can see - I am the creator of the document and I am the only person shown as modifying the document - how many times it has been revised and how much time it has taken as well as the time and dates of the modifications.