# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMRO ELANSARI,                              :
    Plaintiff,                          :
                                        :
    v.                                  :         **CIVIL ACTION NO. 19-CV-3005**
                                        :
PASSHE, *et al.*,                           :
    Defendants.                         :

## ORDER

AND NOW, this **26ᵗʰ** day of **August**, **2019**, upon consideration of Plaintiff Amro Elansari's Motion for Leave to File an Amended Complaint (ECF No. 6) and the attached Amended Complaint, it is **ORDERED** that:

1. The Motion is **GRANTED** because Elansari has already been given permission to file an Amended Complaint.

2. The Clerk of Court shall **FILE** the Amended Complaint and attached exhibits as a separate docket entry.

3. The Amended Complaint is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                    **BY THE COURT:**

                    */s/ Eduardo C. Robreno*
                    **Eduardo C. Robreno,**    **J.**